# EXHIBIT A

## LISA PETERS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Avant | Get Away | My Thoughts | 281-220 |
| Interscope Records | Dr. Dre | What's The Difference | 2001 | 277-983 |
| Arista Records LLC | Usher | My Way | My Way | 257-730 |
| BMG Music | Tyrese | I Like Them Girls | 2000 Watts | 293-345 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Rewind | Stillmatic | 305-698 |