**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Civil No. 1:06-CV-00245-T-LDA |
| Plaintiffs, | Judge Ernest Torres |
| v. | |
| LISA PETERS, | |
| Defendant. | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY**

Plaintiffs UMG Recordings, Inc., *et al.* ("Plaintiffs"), by and through their undersigned counsel, hereby notify the court that the parties have settled their dispute in principle. Plaintiffs therefore request that the court stay the case for 30 days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork to the court.

Respectfully Submitted,

Dated: April 10, 2007

By: /s/ James E. O'Neil
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of April, 2007, a copy of the foregoing was served upon the Defendant via United States Mail as follows:

CHRISTOPHER GONTARZ
UPDERGROVE & GONTARZ, LTD
314 Oliphant Lane
Middletown, RI 02842
*Attorney for Defendant*

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852