**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | ) | Civil No. 1:06-CV-00245-T-LDA |
| | ) | Judge Ernest Torres |
| | ) | Magistrate Lincoln D. Almond |
| Plaintiffs, | ) | |
| v. | ) | |
| LISA PETERS, | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs UMG Recordings, Inc., *et al.*, together with defendant Lisa Peters, by and through their undersigned attorneys, hereby stipulate to the dismissal of the above-named case with prejudice, each side to bear its own costs and fees. The parties therefore respectfully request that the Clerk of Court now close the case.

Respectfully submitted,

By: /s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

By: /s./ Christopher Gontarz
Christopher Gontarz (RI Bar # 3124)
Updergrove & Gontarz, Ltd.
314 Oliphant Lane
Middletown, RI 02842
Phone (401) 847-5684
Fax (401)846-2710

Attorneys for Defendant